

*U.S. Department of Justice*

*United States Attorney
Eastern District of New York*

EAG:UAD/DCW
F.#2009R01834

*271 Cadman Plaza East
Brooklyn, New York 11201*

November 17, 2010

**By ECF**

John S. Wallenstein, Esq.
1100 Franklin Avenue
Suite 100
Garden City, NY 11530

David Gordon, Esq.
Gordon & Horwitz
148 East 78th Street
New York, NY 10021

>      Re:  U.S. v. Fernando Lahoz, et al.
>           Criminal Docket No. 09-847 (ENV)

Dear Gentlemen:

      Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, please be advised that the government intends to call Jennifer Kessel of the United States Secret Service ("USSS") as an expert witness during the above-referenced trial. A copy of Ms. Kessel's curriculum vitae is enclosed.

      The government anticipates that Ms. Kessel will testify as to the process by which credit cards are authenticated, how counterfeit credit cards are manufactured, including the function and types of equipment used and the availability and pricing of counterfeit credit card manufacturing equipment.

2

If you have any questions or further requests, please do not hesitate to contact me.

>Very truly yours,
>
>LORETTA E. LYNCH
>United States Attorney
>
>By: /s/_____
>Una A. Dean
>David C. Woll
>Assistant United States Attorneys
>(718) 254-6473/6241

Enclosure

cc: Clerk of Court (ENV)(by ECF w/o enclosure)