Rev 6/2009

## UNITED STATES PRETRIAL SERVICES AGENCY
Eastern District of New York

# MEMORANDUM

| | |
|---|---|
| **DATE:** | November 17, 2010 |
| **TO:** | Honorable Eric N. Vitaliano<br>United States District Judge |
| **RE:** | Fernando Lahoz<br>Docket No.: 09CR-847<br>Request for Revocation of Bail Release<br>Conditions and Issuance of a Bench Warrant |

The above-referenced defendant made his initial appearance before U.S. Magistrate Judge Marilyn D. Go on August 15, 2009 and was charged with Conspiracy to Commit Credit Card Fraud. He was ordered released on the same day on a $50,000 unsecured bond cosigned by his ex-girlfriend, Yurami Abreu, and was ordered to abide by the following conditions: (1) report to Pretrial Services as directed, (2) surrender passport and not obtain a new one, (3) travel restricted to New York City and Long Island, (4) random home and employment visits by Pretrial Services, and (5) actively seek and maintain employment.

In a previous memorandum dated August 26, 2010, Pretrial Services advised Your Honor of an August 11, 2010 arrest by the New York City Police Department. As a Result of the bail revocation hearing held on September 14, 2010, the defendant was ordered to abide by curfew conditions monitored by voice verification. His curfew was set as 8:00 p.m.- 6:00 a.m.

While on curfew supervision, the defendant was arrested once again by the New York City Police Department on October 24, 2010, at 4:00 a.m, charged with (1) resisting arrest, (2) obstruction of governmental administration, (3) disorderly conduct, and (4) harassment. Due to his living situation and the circumstances surrounding the arrest, Pretrial Services respectfully requested that Your Honor allow the defendant to remain on a curfew with location monitoring.

We are now writing to inform the Your Honor that the defendant was arrested by the Union Township Police Department in New Jersey, on November 16, 2010. An arrest report provided by the Union Police Department verifies that the defendant was taken into custody and charged with Forgery, and Theft by Deception for attempting to purchase items with counterfeit currency at Wal-Mart. The arrest narrative also indicates that a subsequent search of the defendant's vehicle resulted in various unopened store merchandise in the rear seat and trunk with receipts from various retailers throughout New Jersey. Detectives also found 10 suspected counterfeit $100.00 bills in the glove compartment and 1 suspected counterfeit $100.00 bill in the center console. It should be noted that the defendant did not have permission to travel to New Jersey

Based on these very serious and ongoing bail violations, Pretrial Services is asking that Your Honor issue a warrant for the defendant's arrest. For Your Honor's convenience, please find attached to this memorandum a warrant for your signature. Pretrial Services is respectfully recommending that the defendant's bail be revoked and he be remanded to the custody of the United States Marshal Service and that he remain in custody pending trial.

Assistant U.S. Attorney David Woll and defense counsel John Wallenstein have been advised of the above violation activity and this office's recommendation. Should Your Honor require and additional information, please feel free to contact Officer Louis Calvi at 718-613-2690.

Prepared by: _____    Approved by: _____
              Louis Calvi                                  Daisy Toscano
              U.S. Pretrial Services Officer               Supervising Pretrial Services Officer

✓ _____  Request to revoke bail release conditions is granted.  Pretrial Services is directed to prepare and process warrant application for Court's signature.

_____  Request to revoke bail release conditions is granted.  U.S. Attorney's Office is directed to prepare and process warrant application for Court's signature.

Other instructions: _____

_____

_____

_____  **NOV 17 2010**
United States District Judge                                           Date

cc: David Woll, AUSA
    John Wallenstein, Defense Counsel